UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OCTAVIA C. DUHANEY | CIVIL ACTION |
| VERSUS | NO. 06-3518 |
| MARLIN GUSMAN (CHIEF SHERIFF), BOARD OF COMMISSIONERS- ORLEANS PARISH | SECTION "N"(4) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on May 16, 2008 (Rec. Doc. 26), hereby approves the March 20, 2008 Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 22), in part, and adopts it, in part, as its opinion in this matter. Specifically, with respect to the plaintiff's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman, and the Board of Commissioners-Orleans Parish, relative to the conditions and evacuation of Orleans Parish Prison during Hurricane Katrina and its immediate aftermath, **IT IS ORDERED** that those claims are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e. The Court additionally states that a violation of the Eighth Amendment's prohibition of "cruel and unusual punishment" that rests on conditions of confinement requires deliberate indifference to the plaintiff's needs; mere negligence is not sufficient.

Given the differing dates involved, however, the Magistrate Judge's March 20, 2008 Report

and Recommendation (Rec. Doc. 22) does not address the additional claim asserted in the plaintiff's May 8, 2008 "Second Amended Complaint" regarding the allegedly inadequate treatment and care of her injuries and health condition at the federal detention center at which she was being held at that time. Accordingly, **IT IS ORDERED** that this matter is **REMANDED** to the Magistrate Judge for consideration of only this additional claim that was first reflected in the May 8, 2008 "Second Amended Complaint."

New Orleans, Louisiana, this 2nd day of February 2009.

_____
**UNITED STATES DISTRICT JUDGE**