UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OCTAVIA C. DUHANEY | CIVIL ACTION |
| VERSUS | NO. 06-3518 |
| MARLIN GUSMAN (CHIEF SHERIFF), BOARD OF COMMISSIONERS- ORLEANS PARISH | SECTION "N"(4) |

## ORDER

The court, having considered the Second Amended Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 claims filed by the Plaintiff, Octavia C. Duhaney, against Orleans Parish Criminal Sheriff Marlin Gusman, the Board of Commissioners - Orleans Parish, and FDC-Houston in the Second Amended Complaint are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this _2nd_ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE